
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**AUBREY LEE CHRISTIAN,**

    **Plaintiff,**                        Civil Action No. 12-11113

v.                                  HONORABLE DENISE PAGE HOOD

**ASTRAZENECA LP, SANDRA VONDEREMBSE, M.D. and MDOC HEALTH SERVICES DIVISION,**

    **Defendants.**

_____/

## **JUDGMENT**

    This action having come before the Court and the Court having entered an Order dismissing the action this date, June 29, 2012.

    Accordingly,

    Judgment is entered in favor of Defendants and against Plaintiff.

                                                     DAVID J. WEAVER
                                                     CLERK OF COURT

Approved:                                        By: s/Tanya Bankston
                                                      Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 29, 2012, by electronic and/or ordinary mail.

                                                           s/Tanya Bankston for LaShawn Saulsberry
                                                          Case Manager, (313) 234-5160